# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-8325-JEM | Date | July 30, 2020 |
|---|---|---|---|
| Title | Saul E. Hernandez v. Andrew M. Saul | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

   On June 10, 2020, the Court issued a Superseding Case Management Order ("CMO"), in which Plaintiff was ordered, *inter alia*, to file a memorandum in support of the complaint ("Supporting Memorandum") no later than July 15, 2020.  To date, Plaintiff has failed to file the Supporting Memorandum, request an extension, or otherwise explain to the Court his failure to comply with the CMO.

   Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and/or failure to comply with a court order.

   Plaintiff shall file a written response to this Order no later than **August 13, 2020**.

   The Court will consider the filing of Plaintiff's Supporting Memorandum to be an appropriate response to this Order.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The matter will stand submitted upon the filing of the response to this Order the expiration of the filing deadline, whichever is earlier.  Failure to respond to this Order may result in a recommendation that this action be dismissed.

cc:     Parties

|  | : |
|---|---|
| Initials of Preparer | slo |