JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL E. HERNANDEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. CV 19-8325-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 19, 2020

                */s/ John E. McDermott*
                JOHN E. MCDERMOTT
               UNITED STATES MAGISTRATE JUDGE